Henry C. Wang (SBN 196537)
Email: hwang@reedsmith.com
Raymond Y. Kim (SBN 251210)
Email: rkim@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213 457 8000
Facsimile: 213 457 8080

*Attorneys for Defendant*
OM Financial Life Insurance Company
(formerly known as Fidelity and Guaranty Life
Insurance Company)

IT IS SO ORDERED

*James Ware*

Judge James Ware

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| OSVALDO MENDOZA,<br><br>        Plaintiff,<br><br>    vs.<br><br>FIDELITY AND GUARANTY LIFE INSURANCE COMPANY aka FIDELITY & GUARANTY LIFE and F&G LIFE, OM FINANCIAL LIFE INSURANCE COMPANY, and DOES 1 through 100,<br><br>        Defendants. | Case No.: C 09-01211 JW<br><br>**[PROPOSED] ORDER GRANTING OM FINANCIAL LIFE INSURANCE COMPANY LEAVE TO FILE FIRST AMENDED ANSWER**<br><br>Honorable James Ware |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

# [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that, pursuant to the Stipulation by and between OM Financial Life Insurance Company ("OM Financial") and Plaintiff Osvaldo Mendoza, that OM Financial shall be permitted to file a First Amended Answer in the above-entitled action to include California Civil Procedure Code Section 339 as part of its statute of limitations affirmative defense.

Dated:  July 1, 2009

_____
The Honorable Judge James Ware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

[PROPOSED] ORDER GRANTING OM FINANCIAL LIFE INSURANCE
COMPANY LEAVE TO FILE FIRST AMENDED ANSWER

US_ACTIVE-101843156.1-RYKIM