1  Henry C. Wang (SBN 196537)
   Email:  hwang@reedsmith.com
2  Raymond Y. Kim (SBN 251210)
   Email:  rkim@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA  90071-1514
   Telephone:    213 457 8000
5  Facsimile:    213 457 8080

6  *Attorneys for Defendant*
   OM Financial Life Insurance Company
7  (formerly known as Fidelity and Guaranty Life
   Insurance Company)
8

**IT IS SO ORDERED**
*[signature]*
Judge James Ware

9              **UNITED STATES DISTRICT COURT**

10        **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

11

12  OSVALDO MENDOZA,                              Case No.: C 09-01211 JW

13              Plaintiff,                        **[PROPOSED] ORDER GRANTING OM FINANCIAL LIFE INSURANCE COMPANY LEAVE TO FILE FIRST AMENDED ANSWER**

14       vs.

15  FIDELITY AND GUARANTY LIFE
    INSURANCE COMPANY aka FIDELITY &             Honorable James Ware
16  GUARANTY LIFE and F&G LIFE, OM
    FINANCIAL LIFE INSURANCE COMPANY,
17  and DOES 1 through 100,

18              Defendants.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

[PROPOSED] ORDER GRANTING OM FINANCIAL LIFE INSURANCE
COMPANY LEAVE TO FILE FIRST AMENDED ANSWER

# [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that, pursuant to the Stipulation by and between OM Financial Life Insurance Company ("OM Financial") and Plaintiff Osvaldo Mendoza, that OM Financial shall be permitted to file a First Amended Answer in the above-entitled action to include California Civil Procedure Code Section 339 as part of its statute of limitations affirmative defense.

Dated: July 1, 2009

_____
The Honorable Judge James Ware

[PROPOSED] ORDER GRANTING OM FINANCIAL LIFE INSURANCE
COMPANY LEAVE TO FILE FIRST AMENDED ANSWER

US_ACTIVE-101843156.1-RYKIM