Henry C. Wang (SBN 196537)
Email: hwang@reedsmith.com
Raymond Y. Kim (SBN 251210)
Email: rkim@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213 457 8000
Facsimile: 213 457 8080

*Attorneys for Defendant*
OM Financial Life Insurance Company
(formerly known as Fidelity and Guaranty Life Insurance Company)

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
3/9/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| OSVALDO MENDOZA,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY AND GUARANTY LIFE INSURANCE COMPANY aka FIDELITY & GUARANTY LIFE and F&G LIFE, OM FINANCIAL LIFE INSURANCE COMPANY, and DOES 1 through 100,<br><br>Defendants. | Case No.: C 09-01211 JW<br><br>**[PROPOSED] ORDER RE REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**<br><br>Honorable James Ware |

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that, pursuant to the Stipulation between Defendant OM Financial Life Insurance Company (formerly known as Fidelity and Guaranty Life Insurance Company) and Plaintiff Osvaldo Mendoza, this matter be referred to the assigned magistrate judge, Howard R. Lloyd, for a settlement conference. On or before **March 15, 2010,** the parties shall contact Judge Lloyd's Courtroom Deputy to set up their conference.

DATED: March 9, 2010

*/s/ James Ware*
The Honorable James Ware

US_ACTIVE-103306346.1-RYKIM

- 1 -

[PROPOSED] ORDER RE REFERRAL TO MAGISTRATE
JUDGE FOR ADR SETTLEMENT CONFERENCE

US_ACTIVE-103306346.1-RYKIM

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 S. Grand Avenue, Suite 2900, Los Angeles, CA 90017.

On March 4, 2010, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet, as listed below.

**[PROPOSED] ORDER RE REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

> Omar I. Habbas
> Edward W. Heffner, Jr.
> HABBAS, NASSERI & ASSOCIATES
> Civic Center Tower
> 675 North First Street, Suite 100
> San Jose, California 95112
> Telephone:  (408) 278-0480
> Fax:   (408) 278-0488
> **ATTORNEYS FOR PLAINTIFF**
> **Osvaldo Mendoza**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on March 4, 2010, at Los Angeles, California.

s/Patty Keen
Patty Keen