Henry C. Wang (SBN 196537)
Email:  hwang@reedsmith.com
Raymond Y. Kim (SBN 251210)
Email: rkim@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:    213 457 8000
Facsimile:     213 457 8080

*Attorneys for Defendant*
OM Financial Life Insurance Company
(formerly known as Fidelity and Guaranty Life Insurance Company)

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
5/4/2010

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| OSVALDO MENDOZA,<br><br>            Plaintiff,<br><br>     vs.<br><br>FIDELITY AND GUARANTY LIFE INSURANCE COMPANY aka FIDELITY & GUARANTY LIFE and F&G LIFE, OM FINANCIAL LIFE INSURANCE COMPANY, and DOES 1 through 100,<br><br>            Defendants. | Case No.: C 09-01211 JW<br><br>[PROPOSED] ORDER TO CONTINUE DATES IN COURT'S SCHEDULING ORDER<br><br>Honorable James Ware |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

[PROPOSED] ORDER TO CONTINUE DATES
IN COURT'S SCHEDULING ORDER

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that, pursuant to the Stipulation between Defendant OM Financial Life Insurance Company (formerly known as Fidelity and Guaranty Life Insurance Company) and Plaintiff Osvaldo Mendoza, (1) the last date to serve expert disclosures will be June 21, 2010; (2) the last date to serve rebuttal expert disclosures will be July 5, 2010; (3) the preliminary pretrial conference statements will be due on or before **August 20, 2010**; (4) the preliminary pretrial conference will be held on **August 30, 2010 at 11:00 AM** ; (5) the date for the close of all discovery will be August 23, 2010; and (6) the last date for hearing dispositive motions will be October 25, 2010.

**IT IS SO ORDERED.**

DATED: __May 4__, 2010          _____
                                The Honorable James Ware

- 1 -

[PROPOSED] ORDER TO CONTINUE DATES
IN COURT'S SCHEDULING ORDER

US_ACTIVE-103638349.1-RYKIM

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 S. Grand Avenue, Suite 2900, Los Angeles, CA 90017.

On April 29, 2010, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet, as listed below.

**[PROPOSED] ORDER TO CONTINUE DATES IN COURT'S SCHEDULING ORDER**

> Omar I. Habbas
> Edward W. Heffner, Jr.
> HABBAS, NASSERI & ASSOCIATES
> Civic Center Tower
> 675 North First Street, Suite 100
> San Jose, California 95112
> Telephone:   (408) 278-0480
> Fax:              (408) 278-0488
> **ATTORNEYS FOR PLAINTIFF**
> **Osvaldo Mendoza**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 29, 2010, at Los Angeles, California.

s/Patty Keen_____
Patty Keen