**\*\* E-filed May 21, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OSVALDO MENDOZA, | No. C09-01211 JW |
| Plaintiff, | **ORDER DENYING DEFENDANT OM FINANCIAL LIFE INSURANCE COMPANY'S REQUEST TO APPEAR BY TELEPHONE** |
| v. | |
| FIDELITY AND GUARANTY LIFE INSURANCE COMPANY a/k/a/ FIDELITY & GUARANTY LIFE and F&G LIFE, OM FINANCIAL LIFE INSURANCE COMPANY and DOES 1 through 100, | |
| Defendants. | |
| _____/ | |

Defendant OM Financial Life Insurance Company's ("OM Financial") counsel submits a request to allow OM Financial's representative Cynthia Maskol to appear by telephone at the Settlement Conference set for May 28, 2010 at 9:30 a.m. The court finds good cause lacking and, accordingly, DENIES the request.

**IT IS SO ORDERED.**

Dated: May 21, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-01211 JW Notice will be electronically mailed to:**

| | |
|---|---|
| Edward Wilson Heffner , Jr | attorneys@habbaslaw.com |
| Raymond Yoon Ho Kim | rkim@reedsmith.com,rkim@reedsmith.com |
| Henry Chi-Jen Wang | Hwang@reedsmith.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**