**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Osvaldo Mendoza, | NO. C 09-01211 JW |
|     Plaintiffs,<br>v. | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| OM Financial Life Insurance Co., et al. | |
|     Defendants. | |

On May 28, 2010, Judge Lloyd filed a Minute Entry informing the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 50.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **July 9, 2010**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca on **July 19, 2010 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **July 9, 2010**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: June 11, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Edward Wilson Heffner attorneys@habbaslaw.com
Henry Chi-Jen Wang Hwang@reedsmith.com
Raymond Yoon Ho Kim rkim@reedsmith.com

**Dated:  June 11, 2010**               **Richard W. Wieking, Clerk**

                                        **By:      /s/ JW Chambers**
                                               **Elizabeth Garcia**
                                               **Courtroom Deputy**