1  Henry C. Wang (SBN 196537)
   Email:  hwang@reedsmith.com
2  Raymond Y. Kim (SBN 251210)
   Email:  rkim@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA  90071-1514
   Telephone:    213 457 8000
5  Facsimile:     213 457 8080

6  *Attorneys for Defendant*
   OM Financial Life Insurance Company
7  (formerly known as Fidelity and
   Guaranty Life Insurance Company)
8
   **UNITED STATES DISTRICT COURT**
9
   **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**
10

11 | OSVALDO MENDOZA, an individual | Case No.: C09 01211 JW |
12 | Plaintiffs, | **[PROPOSED] ORDER OF DISMISSAL** |
13 | vs. | Complaint Filed:  September 24, 2008 |
14 | FIDELITY AND GUARANTY LIFE INSURANCE COMPANY aka | |
15 | FIDELITY & GUARANTY LIFE and F&G LIFE, OM FINANCIAL LIFE | |
16 | INSURANCE COMPANY and DOES 1 through 100, | |
17 | | |
   | Defendants. | |
18

19   IT IS HEREBY ORDERED that, pursuant to the Stipulation of Dismissal by and between
20 Plaintiff Osvaldo Mendoza ("Plaintiff") and Defendant OM Financial Life Insurance Company
21 ("OM Financial") (formerly known as Fidelity and Guaranty Life Insurance Company), Plaintiff's
22 Complaint in the above captioned action is hereby dismissed, in its entirety, with prejudice.

23   **IT IS SO ORDERED.**   The Clerk shall close this file.
24
25   DATED:  __July 15,_____, 2010    _____
26                                      The Honorable James Ware
27
   US_ACTIVE-103917955.1
28

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  I am employed in the office of a member of the bar of this court at whose direction the service was made.  My business address is REED SMITH LLP, 355 S. Grand Avenue, Suite 2900, Los Angeles, CA 90017.

On July 15, 2010, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet, as listed below.

**[PROPOSED] ORDER OF DISMISSAL**

>Omar I. Habbas
>Edward W. Heffner, Jr.
>HABBAS, NASSERI & ASSOCIATES
>Civic Center Tower
>675 North First Street, Suite 100
>San Jose, California 95112
>Telephone:	(408) 278-0480
>Fax:	(408) 278-0488
>**ATTORNEYS FOR PLAINTIFF**
>**Osvaldo Mendoza**

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on July 15, 2010, at Los Angeles, California.

/s/_____
   Patty Keen